LOUIS COHEN, Appellant, v. SADIE C. MAINTHOW, Respondent. (2 cases.) LOUIS COHEN, Appellant, v. SADIE C. MAINTHOW, Respondent, Impleaded with Others. (3 cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of JOSEPH D. CARROLL, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.

JOHN MONTAGNA, as President of Loggia Mario Bianco, No. 102, Order Sons of Italy (an Unincorporated Association Consisting of Seven or More Members), Appellant, v. ROSARIO CESAREO, Claiming to Be President of the Same Loggia Mario Bianco, No. 102, Order Sons of Italy, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE A. SIPP, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEW YORK MACARONI STORES, INC., Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.

MARGUERITE STONE CAMERON, Respondent, v. ALPIN W. CAMERON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.; Clarke, P. J., dissented upon the ground that it is not established by the evidence that at the time of the commencement of the action the defendant was a resident of the State of New York.

ADA S. MARCUS, Respondent, v. CENTRAL TRUST COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.

BEIRNE KINNEY, Respondent, v. NEWARK FEDERAL LEAGUE BALL CLUB, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.

EUGENE BANTA, Respondent, v. SOUTHERN BOULEVARD RAILROAD COMPANY, Appellant, Impleaded with Another.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict was against the weight of evidence. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.; Davis, J., dissented.